# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

Sean Edward McClain-Douglas,

    Plaintiff,

v.

Autovest LLC, *et al.*,

    Defendants.

Case No. 2:21-cv-01576-CDS-BNW

**REPORT AND RECOMMENDATION**

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose). *See* ECF No. 6.[1] Plaintiff was given until April 15, 2022 to amend his complaint. *Id.* at 4. The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* Plaintiff did not file an amended complaint or otherwise respond to this Court's order. Accordingly, it appears Plaintiff abandoned his case.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice and this case closed.

//
//
//
//
//
//
//
//

---

[1] The Court screened Plaintiff's complaint once before this, too. ECF No. 3.

|   |   |
|---|---|
| 1 | **NOTICE** |
| 2 | This report and recommendation is submitted to the United States district judge assigned |
| 3 | to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation |
| 4 | may file a written objection supported by points and authorities within fourteen days of being |
| 5 | served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely |
| 6 | objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, |
| 7 | 1157 (9th Cir. 1991). |

DATED: April 20, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE